In the Matter of the Claim of MOSES CAIN, Respondent, against PARAMOUNT THEATRES CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.